IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS J. DAVIS,

    Plaintiff,

    v.                                            Case No. 16-cv-678-slc

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. See *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an administrative law judge (ALJ) will consider the medical statements located at exhibits 9F and 10F of the administrative record. The ALJ will consider any arguments or evidence raised by Plaintiff as to the identity of the author of

those exhibits. The ALJ will reconsider Plaintiff's allegations, consistent with applicable regulations rules and regulations, in light of the evidence, and reevaluate Plaintiff's residual functional capacity. If necessary, the ALJ will obtain supplemental vocational expert testimony to assist in reaching findings at steps four and/or five. The ALJ shall issue a de novo decision consistent with all applicable rules and regulations.

SO ORDERED this 17TH day of APRIL, 2017.

HON. STEPHEN L. CROCKER
United States Magistrate Judge