IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS J. DAVIS,

                    Plaintiff,                         JUDGMENT IN A CIVIL CASE

          v.
                                                       Case No. 16-cv-678-slc
NANCY A. BERRYHILL,
Acting Commissioner of Social Security

                    Defendant.

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff

Dennis J. Davis attorney fees in the amount of $6,900 under the Equal Access to Justice

Act, 28 U.S.C. § 2412.

| s/ V. Olmo, Deputy Clerk | 5/09/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |